UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN | : |
| | : CIVIL ACTION NO:   1:08-cv-472 |
| | : |
| SUPREME OIL COMPANY | : |
| | : |
| Petitioner, | : |
| | : RULE 7.1 STATEMENT |
| | : |
| and | : |
| | : |
| UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND AND COMMERCIAL PENSION FUND | : |
| | : |
| | : |
| Respondent | : |
| | : |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Supreme Oil Company, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  None.

JONATHAN J. LERNER
STARR, GERN, DAVISON & RUBIN, P.C.
Attorneys for Petitioner
105 Eisenhower Parkway
Roseland, New Jersey 07068
973-403-9200

Dated: January 16, 2008