UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: STARR, GERN, DAVISON & RUBIN - 466

IN THE MATTER OF THE ARBITRATION BETWEEN SUPREME OIL COMPANY

Plaintiff(s)

Index #: 08 CV 00472

Date Filed:

- against -

UFCW LOCAL 174 COMMERCIAL HEALTH CARE FUND AND COMMERCIAL PENSION FUND

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BRIAN KLEINBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on February 1, 2008 at 01:00 PM at

166 EAST JERICHO TURNPIKE
MINEOLA, NY11501

deponent served the within true copy of the NOTICE OF PETITION TO DISMISS/STAY ARBITRATION,BRIEF IN SUPPORT,AFFIRMATION OF LARRY M COLE IN SUPPORT, RULE 7.1 STATEMENT on COMMERCIAL PENSION FUND, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to JANE SMITH, REFUSED NAME personally, deponent knew said corporation so served to be the corporation described in said NOTICE OF PETITION TO DISMISS/STAY ARBITRATION,BRIEF IN SUPPORT,AFFIRMATION OF LARRY M COLE IN SUPPORT, RULE 7.1 STATEMENT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 33 | 5'5 | 130 |

Sworn to me on: February 4, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**BRIAN KLEINBERG**

Docket #: 538504